D.C. v. Delegate of the United States of America  v. D.C.   v. Secretary of Labor v. Secretary of Labor v. Secretary of Labor v. Secretary of Labor v. Secretary of Labor v. Secretary of Health